IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01544-WYD-BNB

WOLF ROBOTICS, LLC, a Delaware corporation,

     Plaintiff,

v.

FLEET SERVICE CORPORATION, a Delaware corporation,

     Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 8], filed September 26, 2012.   After carefully reviewing the above-captioned case, I find this case should be dismissed without prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   September 27, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE